**United States Bankruptcy Court**
Southern District of Georgia

In re __Brian S. Davidson_____  Case No. __22___
                                 Debtor(s)                Chapter __7___

## TRANSMITTAL OF PAY ADVICES

Attached to this transmittal are copies of all payment advices (pay stubs), or other evidence of payment, received by the debtor(s) from employer(s) within sixty days before the filing of the petition.

1. Debtor 1 __Brian S. Davidson_____

   Employer _____

   Dates of Pay Advices: From _____ To _____

   The debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ The Debtor 1 was not employed.

   ☑ The Debtor 1's source of income was from Social Security.

   ☐ The Debtor 1 was self-employed.

2. Debtor 2 (Spouse) _____

   Employer _____

   Dates of Pay Advices: From _____ To _____

   The joint debtor did not receive any payment advices, or other evidence of payment, from an employer within sixty days before the filing of the petition because:

   ☐ Debtor 2 was not employed.

   ☐ Debtor 2's source of income was from Social Security.

   ☐ Debtor 2 was self-employed.

**Important Notice of Redaction Responsibility:** Any attached documents must be redacted in compliance with Fed. R. Bankr. P. 9037. Only include the last four digits of a debtor's social security number or individual taxpayer identification number.

| /s/ Judson C. Hill | April 29, 2022 | /s/ Brian S. Davidson | April 29, 2022 |
|---|---|---|---|
| Signature of Attorney for Debtor(s) | Date | Signature of Debtor 1 | Date |
| **Judson C. Hill 354277** | | | |
| Name of Attorney | | Signature of Debtor 2 (if applicable) | Date |

Tran_Pay_Adv [Rev. 12/17]
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy